1  Joshua Vittor (Bar No. 326221)
   joshua.vittor@wilmerhale.com
2  WILMER CUTLER PICKERING
       HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
4  (213) 443-5300 Telephone
   (213) 443-5400 Facsimile
5

6  *Counsel for Defendant
   PricewaterhouseCoopers LLP*
7

8

           UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

                  WESTERN DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP and JOSHUA ABRAHAMS, <br><br> Defendants, <br><br> —and— <br><br> MATTEL, INC., a Delaware corporation, <br><br> Nominal Defendant. | CASE NO.: 2:21-cv-08498-MCS <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE** <br><br> Complaint Served: October 29, 2021 <br><br> Current response date: January 11, 2022 <br><br> Continued response date: February 11, 2022 <br><br> Judge: Hon. Mark C. Scarsi |

WHEREAS, on October 27, 2021, Plaintiff City of Pontiac Police and Fire Retirement System filed the above-captioned derivative action against Defendants PricewaterhouseCoopers LLP ("PwC"), Joshua Abrahams, and Nominal Defendant Mattel, Inc. ("Mattel"), ECF No. 1;

WHEREAS, service was effected on Nominal Defendant Mattel on October 29, 2021, ECF No. 20;

WHEREAS, on November 16, 2021, pursuant to Local Rule 8-3, Plaintiff and Mattel filed a joint stipulation extending the time for Mattel to respond to the Complaint from November 19, 2021 to December 20, 2021, ECF No. 21;

WHEREAS, PwC and Mr. Abrahams waived service and therefore must respond to the Complaint by January 11, 2022, ECF No. 22–23;

WHEREAS, on December 13, 2021, the parties filed a Joint Stipulation to extend the time for all Defendants to respond to the Complaint until February 11, 2022 (ECF No. 24);

WHEREAS, on December 17, 2021, the Court denied the Joint Stipulation for lack of good cause but continued Mattel's deadline to respond to the Complaint to January 11, 2022;

WHEREAS, there are several previously-filed shareholder derivative actions pending in the United States District Court for the District of Delaware and the Delaware Court of Chancery based on similar allegations to the facts alleged in this action;

WHEREAS, Defendant PwC intends to file a motion to transfer this action to the District of Delaware pursuant to the first-to-file rule, and has initiated the meet-and-confer process with counsel for Plaintiff regarding this motion pursuant to Local Rule 7-3;

WHEREAS, Defendants PwC and Mr. Abrahams and Nominal Defendant each intend to file separate motions to dismiss the Complaint;

1   WHEREAS, PwC's two lead counsel are also lead counsel in an unrelated
2   matter that is presently on trial, which is expected to proceed at least through
3   January 7, 2022 (with a holiday break);
4   WHEREAS, the parties agree that competing case schedules and the
5   personal commitments of counsel during this holiday season militate in favor of
6   additional time to meet and confer productively and efficiently about these four
7   anticipated contested motions;
8   WHEREAS, the parties have conferred and believe that good cause exists,
9   in the interests of party and judicial efficiency, to continue the deadline for
10  Defendants and Nominal Defendant to respond to the Complaint in order to allow
11  the parties to continue to meet and confer regarding PwC's anticipated motion to
12  transfer pursuant to the first-to-file rule, and to provide sufficient time for the
13  parties to prepare and to meet and confer about the bases for PwC's, Mr.
14  Abrahams's, and Mattel's anticipated motions to dismiss;
15  WHEREAS, the parties agree that good cause exists to set a coordinated
16  briefing schedule for all motions in response to the Complaint, including PwC's
17  anticipated first-to-file motion as well as PwC's, Mr. Abrahams's, and Mattel's
18  separate motions to dismiss to allow the parties and the Court sufficient time to
19  address such motions;
20  WHEREAS, Plaintiff, Defendants and Nominal Defendant hereby jointly
21  stipulate to the following, subject to the Court's approval:
22  A.   The deadline for Defendants PwC and Mr. Abrahams and Nominal
23  Defendant Mattel to respond to the Complaint shall be continued to February 11,
24  2022.
25  B.   PwC, Mr. Abrahams, and Nominal Defendant Mattel shall file any
26  motions in response to the Complaint no later than February 11, 2022.
27
28

  C. Any opposition briefs in response to such motions shall be filed no later than March 28, 2022.

  D. Any reply briefs shall be filed no later than April 27, 2022.

Dated: December 22, 2021

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Joshua Vittor*

Joshua A. Vittor (State Bar No. 326221)
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071
Telephone: (213) 443-5375
Facsimile: (213) 443-5400
Email: Joshua.Vittor@wilmerhale.com

*Attorney for Defendant PricewaterhouseCoopers LLP*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *David S. Steuer*

David S. Steuer (State Bar No. 127059)
David J. Berger (State Bar No. 147645)
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dsteuer@wsgr.com
   dberger@wsgr.com

Brad D. Sorrels
Jessica A. Hartwell
Lauren G. DeBona
Wilson Sonsini Goodrich & Rosati
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
Facsimile: (866) 974-7329
Email: bsorrels@wsgr.com

jhartwell@wsgr.com

*Attorneys for Nominal Defendant Mattel, Inc.*

PAUL HASTINGS LLP

By: /s/ *Thomas A. Zaccaro*

Thomas A. Zaccaro (State Bar No. 183241)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6185
Facsimile: (213) 683-6000
Email:
    thomaszaccaro@paulhastings.com

*Attorney for Defendant Joshua Abrahams*

ROBBINS GELLER RUDMAN
   & DOWD LLP

By: /s/ *Travis E. Downs III*

Travis E. Downs III (State Bar No. 148274)
Benny C. Goodman III (State Bar No. 211302)
Erik W. Luedeke (State Bar No. 249211)
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: travisd@rgrdlaw.com
    bennyg@rgrdlaw.com
    eluedeke@rgrdlaw.com

Mary Blasy
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: mblasy@rgrdlaw.com

Matthew I. Henzi (*pro hac vice*)
AsherKelly Attorneys at Law
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone:   (248) 746-2710
Facsimile:   (248) 747-2809
Email:       mhenzi@asherkellylaw.com

*Attorneys for Plaintiff*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(ii), the filer hereby attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated:  December 22, 2021          /s/ *Joshua A. Vittor*
                                   Joshua A. Vittor

-6-
JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INITIAL COMPLAINT
CASE NO. 2:21-CV-08498-MCS